UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL CARUSO,

        Plaintiff,                           Case No. 1:11–cv–01154–ESC

v.                                      Hon. Ellen S. Carmody

DENNY'S INC., et al.,

        Defendants.
_____/

## **ORDER**

      As stated in the Notice of Intent to Dismiss entered June 20, 2012 (Dkt. 27), "representations were made to the Court that this matter was settled; failure to provide proposed orders effectuating the settlement within 14 days of this notice will result in an order of dismissal." The deadline established by that notice was July 5, 2012. That date has passed with no court filing and no contact to the court. As such, Plaintiff's complaint is DISMISSED.

      IT IS SO ORDERED.


Dated:  July 11, 2012                                  /s/ Ellen S. Carmody
                                                            ELLEN S. CARMODY
                                                            U.S. Magistrate Judge